UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:16-cr-00224-JRS-MJD |
| JAMES TURNER, | ) ) ) | -02 |
| Defendant. | ) | |

**Order Adopting Report and Recommendation**

Following a hearing on the Petition for Warrant or Summons for Offender Under Supervision, Magistrate Judge Mark J. Dinsmore issued a Report and Recommendation. No objections have been filed. The Court **ADOPTS** the Report and Recommendation, (ECF No. 129), and finds that the Defendant violated the conditions set forth in Violation Nos. 3 and 4 of the Petition. Defendant's supervised release is **REVOKED**, and Defendant is **SENTENCED** to the custody of the Attorney General or his designee for a period of twelve (12) months and one (1) day of incarceration, with no supervised release to follow. The Court **recommends** placement at FMC Lexington, Kentucky or another appropriate medical facility.

**SO ORDERED.**

Date: 3/24/2025

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

U.S. Probation

By CM/ECF to registered counsel of record